UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KIM T. COOK, )
 )
    Plaintiff, )
 )
v. ) No. 4:20-CV-168-RLW
 )
DESOTO POLICE DEPARTMENT )
UNKNOWN THREE, )
 )
    Defendants. )

## MEMORANDUM AND ORDER

This stayed and administratively closed matter is before the Court on self-represented plaintiff's handwritten note to the Court dated November 5, 2020 (ECF No. 7), which the Court will construe as a motion to compel. For the following reasons, plaintiff's motion will be denied.

In his motion, plaintiff requests from the Court the following documents related to his criminal action pending in Missouri state court: (1) the transcript of a 911 call; (2) the probable cause statement; (3) the arrest warrant; and (4) police video camera footage from November 6, 2019. Plaintiff's motion is premature because this case has been stayed pending the final disposition of the criminal charges pending against plaintiff in *State v. Cook*, 19JE-CR01874 (23rd Jud. Cir. filed Jul. 8, 2019) and *State v. Cook*, 19JE-CR01875 (23rd Jud. Cir. filed Jul. 9, 2019). Additionally, the Court has not authorized discovery in this case. *See* E.D. Mo. L.R. 5.01, 5.04 (discovery in prisoner cases may not take place until Court enters a Case Management Order). Even had the Court authorized discovery in this case, plaintiff's request would be directed toward defendants and not the Court. For all of these reasons, plaintiff's motion to compel will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's handwritten letter to the Court dated November 5, 2020, construed as a motion to compel, is **DENIED**. [ECF No. 7]

Dated this 26th day of February, 2021.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE